# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**FILED**
Mar 09 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Wilmer Arteaga | **CASE NUMBER:** CR 3:22-cr-00101 WHO |
| **Is This Case Under Seal?** | Yes   No ✔ |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Lauren M. Harding | **Date Submitted:** 3/9/2022 |

**Comments:**

Information associated with case number 3:21-mj-72026 (complaint filed on 12/27/2021).

Form CAND-CRIM-COVER (Rev. 11/16)

[RESET FORM]   [SAVE PDF]

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

**FILED**

Mar 09 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILMER ARTEAGA, <br><br> Defendant. | CASE NO.  3:22-cr-00101 WHO <br><br> VIOLATIONS: <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)– Possession with Intent to Distribute 40 grams and more of Fentanyl; 21 U.S.C. § 853 – Forfeiture Allegation <br><br> 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:    (21 U.S.C. § 841(a)(1) and (b)(1)(B) – Possession with Intent to Distribute 40 grams and more of Fentanyl)

On or about November 9, 2021, in the Northern District of California, the defendant,

WILMER ARTEAGA,

did knowingly and intentionally possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ]

INFORMATION

propanamide (otherwise known as fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

COUNT TWO:		(18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

On or about November 9, 2021, in the Northern District of California, the defendant,

WILMER ARTEAGA,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, namely, eighteen (18) rounds of assorted ammunition, including Smith and Wesson, ZQ1, and Winchester 9mm ammunition, and the ammunition was in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:		(21 U.S.C. § 853(a); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of COUNT ONE set forth in this Information, the defendant,

WILMER ARTEAGA,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to the following:

    a.    $3,428 in cash.

The allegations contained in Count Two in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of COUNT TWO set forth in this Information, the defendant,

WILMER ARTEAGA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

INFORMATION                                          2

| | | |
|---|---|---|
| 1 | a. | Eight rounds of Smith and Wesson and ZQ1 ammunition; |
| 2 | b. | Ten rounds of Smith and Wesson, Winchester, and ZQ1 ammunition; and |
| 3 | c. | A 9mm black pistol with a Glock slide bearing serial number BSWX125 seized on the defendant's person on November 9, 2021, near 710 Ellis Street in San Francisco, California. |

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853(a); Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:   March 9, 2022

STEPHANIE M. HINDS
United States Attorney

*/s/ Lauren M. Harding*
LAUREN M. HARDING
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Count I - 21 U.S.C. § 841(a)(1), (b)(1)(B) - Possession with Intent to Distribute 40 grams and more of Fentanyl

Count II - 18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Max. Penalties (Count I): Imprisonment for 5 years (min) to 40 years; $5,000,000 fine; supervised release for 4 years (min) to life (max); $100 special assessment; forfeiture.
Max. Penalties (Count II): 10 years' imprisonment; $250,000 fine; 3 years' supervised release; $100 special assessment; forfeiture.

**DEFENDANT - U.S**
▶ Wilmer Arteaga

**DISTRICT COURT NUMBER**
3:22-cr-00101 WHO

**FILED**
Mar 09 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3:21-mj-72026

Name and Office of Person Furnishing Information on this form  Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Lauren M. Harding

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year 1/6/2022

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: