1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   GABRIELA BISCHOF
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700
   Facsimile:  (415) 436-7706
6  Email:       Gabriela_Bischof@fd.org

7

8  Counsel for Defendant ARTEAGA

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,    | Case No.: CR 22–00101 WHO

15 |         Plaintiff,           | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO SUPPRESS (REPLY)**

16 |     v.

17 | WILMER  ARTEAGA,

18 |         Defendant.

I, GABRIELA BISCHOF, state as follows:

1. I am an attorney employed by the Office of the Federal Public Defender for the Northern District of California. I have been appointed to represent the defendant in the above-entitled matter;

2. Attached hereto as Exhibit G and filed manually is a true and correct copy of a bodyworn camera video that I received from the government in discovery in this case, namely, a seven minute, 37 second video with audio, marked Bates WA-316 Montero.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 13th day of October in Berkeley, California.

/s/
GABRIELA BISCHOF
Assistant Federal Public Defender

DECL. IN SUPPORT
*ARTEAGA*, CR 22–00101 WHO